IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND
Civil Division

CLERK OF THE CIRCUIT COURT
2022 SEP 15 PM 2: 02
PR GEO CO MD #63

PATRICIA DUNN
5439 16th Ave.
Hyattsville, Md 20782

    Plaintiff

vs.

WASHINGTON METROPOLILTAIN
AREA TRANSIT AUTHORITY (WMATA)
600 5TH Street, N.W.
Washington D.C. 20001

    Defendant

CAL No. CAL22-27504

## COMPLAINT FOR DAMAGES
(Personal Injuries)

Comes now the Plaintiff, PATRICIA DUNN, by and through her Attorneys, J. Kevin Williams, Esq. and Andrew S. Williams, Esq., and sues the Defendant, WMATA for that to wit:

1. At all Times mentioned herein, Defendant, WMATA, was the owner and operator of a 2015 Ford Truck bearing Maryland tag no. C77809.

2. That on or about 2/26/2020, at 7:38 Am, Plaintiff, PATRICIA DUNN, was operating her motor vehicle on Queens Chapel Road, At Or Near East West Highway, a public street, highway, or thoroughfare in the State of Maryland. At the same time and place, Defendant, WMATA was operating his motor vehicle on Queens Chapel Road, and so negligently and carelessly operated the motor vehicle so as to cause a collision with the Plaintiff's vehicle and to cause Plaintiff, PATRICIA DUNN, to sustain personal injuries and damages hereinafter alleged.

Williams and Williams, P.C., 8630 Fenton Street, Suite 930, Silver Spring, Maryland 20910
(202)296-3320, f: (202)659-3768, Litigation Partner: J. Kevin Williams Email: Kevin@williamslawgroup.com

3. That the Defendant, WMATA, in addition to the negligence and carelessness heretofore mentioned, otherwise carelessly and negligently operated said motor vehicle as hereinafter alleged:

    a. Failed to obey the rules of the road;

    b. Failed to keep a proper lookout;

    c. Failed to have and/or keep said motor vehicle under proper control;

    d. Failed to give full time and attention to driving;

    e. Operated said motor vehicle at a dangerous speed under the conditions;

    f. Failed to keep in its proper lane;

    g. Failed to yield the right of way;

    h. Failed to stop to avoid a collision;

    i. Followed too close to the vehicle in front of him;

    j. Collided.

Further, said motor vehicle was operated and managed in such manner as to violate statutory regulations governing traffic and motor vehicles in the State of Maryland, and the Defendant, WMATA, was otherwise negligent and careless.

4. As a direct and proximate result of the impact of the collision, the Plaintiff, PATRICIA DUNN, was caused to sustain serious personal injuries and she was otherwise injured. She also sustained severe shock to her nervous system and was otherwise internally and externally injured

Page 2

Williams and Williams, P.C., 8630 Fenton Street, Suite 930, Silver Spring, Maryland 20910
(202)296-3320, f: (202)659-3768, Litigation Partner: J. Kevin Williams Email: Kevin@williamslawgroup.com

and she has and will suffer permanent loss of health and mental and physical power thereby and she has suffered significant property damage as a result of the aforementioned collision.

5. That the Plaintiff, PATRICIA DUNN, has suffered and will for a long time in the future suffer great bodily pain and mental anguish. That she has and will in the future be obliged to undergo hospitalization and extensive medical care and treatment, all attended with pain and suffering and said injuries have had a permanent affect upon her health and well being. She was rendered totally and partially incapacitated and sustained a loss of earnings and a loss of earning capacity now and in the future.

6. That the sustained injuries have caused and will in the future cause Plaintiff, PATRICIA DUNN, to pay and/or incur expenses for hospitalization and medical care and treatment.

WHEREFORE, Plaintiff, PATRICIA DUNN, requests judgment against the Defendant, WMATA, for an amount in excess of $75,000.00, besides costs and interest.

LAW OFFICES
WILLIAMS & WILLIAMS, P.C.

_____
J. KEVIN WILLIAMS, Esq.
Attorney for the Plaintiff
8630 Fenton Street, Suite 930
Silver Spring, Maryland 20910

_____
ANDREW S. WILLIAMS, Esq.
Attorney for the Plaintiff

JURY DEMAND

Plaintiff, PATRICIA DUNN, demands a trial by jury as to all issues herein.

_____
J. KEVIN WILLIAMS, Esq.
Attorney for the Plaintiff

Williams and Williams, P.C., 8630 Fenton Street, Suite 930, Silver Spring, Maryland 20910
(202)296-3320, f: (202)659-3768, Litigation Partner: J. Kevin Williams Email: Kevin@williamslawgroup.com